UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | 1:11-cv-01199-GBC (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 2) |
| PAM AHLIN, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. **Accordingly, the motion to proceed in forma pauperis is GRANTED**.

IT IS SO ORDERED.

Dated: July 26, 2011

UNITED STATES MAGISTRATE JUDGE

-1-