# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | CASE NO. 1:11-cv-01199-GBC |
|     Plaintiff, | ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL |
|     v. | |
| PAM AHLIN, et al., | Doc. 11 |
|     Defendants. | |

On July 20, 2011, Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is civilly committed to Coalinga State Hospital as a sexually violent predator ("SVP"). Plaintiff alleges defendant "slipped him a mickey" and denied him a "nightly snack" based on "discrimination against white patients." Plaintiff seeks twelve quadrillion dollars in damages. Doc. 1.

On September 7, 2012, the Court dismissed Plaintiff's complaint, with prejudice, for failure to state a claim upon which relief may granted under § 1983 and for Rule 11(b)(3) violation. Doc. 6. On September 21, 2012, Plaintiff filed a notice of appeal. Doc. 8. On September 21, 2012, the Ninth Circuit issued a referral notice to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. Doc. 11.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." *See Hooker v. American Airlines*, 302

1  F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district
2  court finds the appeal to be frivolous). The Court finds that Plaintiff's appeal is not taken in good
3  faith. Plaintiff's complaint alleges defendant "slipped him a mickey" and denied him a "nightly
4  snack" based on "discrimination against white patients." Plaintiff seeks twelve quadrillion dollars
5  in damages. Plaintiff's allegations failed to state a claim. Moreover, in violation of Rule 11(b)(3) of
6  the Federal Rules of Civil Procedure, Plaintiff falsely states in his complaint that he has only had one
7  (1) previous or pending lawsuit in addition to the instant case. Doc. 1.[1]

8        Accordingly, Plaintiff's appeal is not taken in good faith and is frivolous. Plaintiff's in forma
9  pauperis status is HEREBY ORDERED REVOKED for purposes of his appeal.
10 IT IS SO ORDERED.

11
12 Dated:   October 22, 2012                                             _____
                                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff has filed numerous other similar cases to this one. *See Cranford v. Kerr*, 2:07-cv-02247, Doc. 3, May 2, 2007) (alleging defendant refused to give pain medication because she gave preference to mentally disordered offenders and "'pedophile SVPs over SVPs with conviction crimes such as plaintiff's.'"); *Cranford v. Quigley*, 2:07-cv-0871, Doc. 6, Mar. 5, 2007 (alleging defendant refused to provide medical evaluative tests because she had a "'vendetta towards him because he is an SVP.'"); *Cranford v. Henderson*, 2:05-cv-05842 Doc. 9, Jan. 24, 2006 (alleging defendant refused to provide him medication for his heart condition.); *Cranford v. Riordan*, 2:07-cv-01261, Doc. 6, Mar. 23, 2007 (alleging defendants failed to provide him medical treatment due to their being away from their assigned posts); *Cranford v. Long*, 2:06-cv-02847, Doc. 61, Aug. 29, 2008 (alleging defendant failed to administer an ECG properly based upon his race); *Cranford v. Durks*, 2:03-cv-05723, Doc. 8, Dec. 15, 2003 (alleging defendant provided inadequate medical care); *Cranford v. Bunte*, 2:03-cv-05649 Doc. 12, Dec. 15, 2003 (alleging defendant provided inadequate medical care); *Cranford v. Estrellado*, 1:07-cv-1829, Doc. 14, Sept. 8, 2010 (alleging defendant medically neglected him for failing to be at her assigned post); *Crandford v. Nickels*, 1:06-cv-01812 (alleging defendant denied medication based upon his race); *Crandford v. Salber*, 1:08-cv-00063, Doc. 16 (alleging defendants denied medical treatment because they were too busy to provide care); *Cranford v. Avila*, Docs. 10, 11, Doc. 10, Sept. 26, 2011 (alleging defendant removed from him his heart medication which caused him to be unable to treat his chest pain and heart attacks); *Cranford v. Badagaon*, 1:11-cv-00736, Doc. 1 (alleging defendant assaulted him because of his race). Likewise, it appears that Plaintiff has repeatedly filed frivolous cases since, at least, the early 1990s. In addition to those listed above, he has filed numerous other cases in the Central District, the Northern District, and the Eastern District of California. *Cranford v. Darcangelo*, 2:03-cv-05049, Doc. 16 at 5-6, Nov. 3, 2003. The Court notes that when Plaintiff files complaints, he repeatedly misrepresents the number of previous lawsuits that he has filed.